# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| WENDY J. PAULUK, *et al.*,  <br><br>                Plaintiffs,  <br><br>vs.  <br><br>CLARK COUNTY HEALTH DISTRICT, *et al.*,  <br><br>                Defendants. | 2:07-cv -01681 -PMP-VCF  <br><br>**MINUTE ORDER** |

Before the Court is attorney Christopher R. Guinn's letter dated April 2, 2012 regarding possible representation of Plaintiff Wendy J. Pauluk and 60 days extension to review documents.

IT IS ORDERED that a telephonic status hearing is scheduled for April 20, 2012 at 10:30 a.m. PDT.  The call in number is 1-702-868-4911 and the passcode is 123456#.

DATED this 16th day of April, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE