# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WENDY J. PAULUK, *et al.*, | 2:07-cv -01681 -PMP-VCF |
| Plaintiffs, | **MINUTE ORDER** |
| vs. | |
| CLARK COUNTY HEALTH DISTRICT, *et al.*, | |
| Defendants. | |

Before the Court is attorney Christopher R. Guinn's letter dated April 2, 2012 regarding possible representation of Plaintiff Wendy J. Pauluk and 60 days extension to review Plaintiff Pauluk's documents. A telephonic status hearing has been scheduled for April 20, 2012 at 10:30 a.m. PDT.

Mr. Guinn is invited to participate in the telephonic status hearing on April 20, 2012 at 10:30 a.m. PDT. The call in number is 1-702-868-4911 and the passcode is 123456#.

A copy of this order will be faxed and mailed to Mr. Guinn by chambers.

DATED this 18th day of April, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE