UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WENDY J. PAULUK, *et al.*,          ) | |
|                                      ) | |
|         Plaintiffs,   ) | |
|                                      ) | 2:07-cv-01681-PMP -VCF |
| v.                                 ) | |
|                                      ) | **MINUTE ORDER** |
| CLARK COUNTY HEALTH DISTRICT, *et al.*,   ) | |
|                                      ) | |
|         Defendants.   ) | |
|                                      ) Dated:   July 27, 2012 | |

PRESENT:     THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:     Mai Tieu          RECORDER:     None

COUNSEL FOR PLAINTIFF(S):                 None Appearing

COUNSEL FOR DEFENDANT(S):                 None Appearing

    Before the court are plaintiff Wendy J. Pauluk's Motion to Compel (#71) and Motion to Extend Time Regarding Dispositive Matter (#89).

    Plaintiff filed her motion to compel production of decedent's tissues on March 16, 2011. (#71). On April 7, 2011, the court stayed the action pending further order from the court. (#74). Defendants filed an opposition to the motion to compel on April 12, 2011. (#75). In light of the stay, no reply was filed. On February 2, 2012, the court ordered that, by April 2, 2012, plaintiff must retain counsel to represent defendant the Estate of Daniel Pauluk. (#88). On March 16, 2012, plaintiff filed the instant motion to extend time to retain counsel. (#89). Defendants filed an opposition on March 23, 2012. (#90).

    On April 20, 2012, the court held a status conference, and permitted plaintiff's counsel to confirm representation by June 8, 2012. (#96). On June 8, 2012, the court held a status conference. (#98). Counsel was not confirmed during the status conference. *Id.* On June 11, 2012, the court entered an order to show cause why the complaint should not be dismissed. (#99). On July 25, 2012, counsel for plaintiffs filed a response to the order to show cause. (#100).

    Accordingly,

    IT IS ORDERED that plaintiff Wendy J. Pauluk's Motion to Compel (#71) is DENIED without prejudice. Plaintiff may renew the motion, dependent upon the status of the case, after the court issues a ruling on the Order to Show Cause (#99).

    IT IS FURTHER ORDERED that plaintiff's Motion to Extend Time Regarding Dispositive Matter (#89) is DENIED as moot.

                                                                  **CAM FERENBACH**
                                                                  **UNITED STATES MAGISTRATE JUDGE**