# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WENDY J. PAULUK, *et al.,* | 2:07-cv-01681-PMP-VCF |
| Plaintiffs, | **MINUTE ORDER** |
| vs. | |
| CLARK COUNTY HEALTH DISTRICT, *et al.,* | [Defendants' Emergency Motion to Enlarge Time to File Dispositive Motions (#117)] |
| Defendants. | |

Before the Court is Defendants' Emergency Motion to Enlarge Time to File Dispositive Motions (#117).  Defendants seek a thirty day extension for dispositive motions. *Id.*

IT IS HEREBY ORDERED that the Opposition to Defendants' Emergency Motion to Enlarge Time to File Dispositive Motions (#117) is due on or before July 8, 2013 and the Reply is due on or before July 10. 2013.

DATED this 2nd day of July, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE