| | |
|---|---|
| BROCK K. OHLSON, ESQ.<br>Nevada Bar No. 12262<br>**BROCK K. OHLSON PLLC**<br>6060 Elton Avenue<br>Las Vegas, NV 89107<br>(702) 982-0055 Telephone<br>(702) 982-0150 Fax<br>E-Mail: brock@injured.vegas<br><br>A. J. SHARP, ESQ.<br>Nevada Bar No. 11457<br>**SHARP LAW CENTER**<br>11700 West Charleston Boulevard<br>Suite 234<br>Las Vegas, NV 89135<br>(702) 250-9111 Telephone<br>E-Mail: ajsharp@sharplawcenter.com | CHRISTOPHER D. CAZARES, ESQ.<br>(Nevada *pro hac vice* application pending)<br>Arizona Bar No. 034270<br>**CAZARES LAW, PLLC**<br>P.O. Box 343<br>Sierra Vista, AZ 85636-0343<br>(915) 539-2287 Telephone<br>(915) 975-8075 Fax<br>E-Mail: christopher@mtdjustice.com<br>(Nevada local counsel)<br>BROCK K. OHLSON, ESQ.<br>Nevada Bar No. 12262<br>**BROCK K. OHLSON PLLC**<br>6060 Elton Avenue<br>Las Vegas, NV 89107<br><br>*Attorneys For Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WENDY J. PAULUK, Psy.D., individually; WENDY PAULUK, Psy. D. as Personal Representative of the ESTATE OF DANIEL PAULUK; JAIME L. PAULUK; and CHRISSY J. PAULUK,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY HEALTH DISTRICT; GLENN SAVAGE, in both his individual and official capacities; EDWARD WOJCIK, in both his individual and official capacities; DOES I through X; DOES XI through XX; and ROE CORPORATIONS XXI through XXX, inclusive,<br><br>Defendants. | CASE NO.: 2:07-cv-1681-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |

1

1    COME NOW PLAINTIFFS WENDY J. PAULUK, individually and as Personal Representative of the ESTATE OF DANIEL PAULUK; JAIME L. PAULUK; and CHRISSY J. PAULUK, by and through their counsel of record, BROCK OHLSON, ESQ. of BROCK K. OHLSON PLLC, CHRISTOPHER D. CAZARES, ESQ. of CAZARES LAW FIRM, and A. J. SHARP, ESQ. of SHARP LAW CENTER, and Defendant CLARK COUNTY HEALTH DISTRICT, by and through its counsel of record, Walter L. Cannon, Esq. and Peter M. Angulo, Esq. of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI LLP, and stipulate, subject to this Court's approval, to extend the time for filing of the parties' Joint Pretrial order by 14 days, through **October 5, 2018**. **This is the parties' First Request for extension.**

This Court previously ordered that the parties file the Joint Pretrial Order on or before September 21, 2018. However, the parties aver that good cause exists for an extension of that deadline, as lead Defense counsel Peter. M. Angulo, Esq. is currently out of town on a previously-planned trip, and Plaintiffs' counsel are still working to obtain Plaintiffs' complete litigation files from prior counsel over the past 10 years.

//
//
//
//
//
//
//
//
//
//
//
//
//

The parties aver that this extension is requested in good faith and not for purposes of delay, and respectfully request that this Court extend the Joint Pretrial Order deadline to **October 5, 2018**.

IT IS SO STIPULATED.

DATED the 21st day of September, 2018.   DATED the 21st day of September, 2018.

**SHARP LAW CENTER**              **OLSON, CANNON, GORMLEY,**
                                  **ANGULO & STOBERSKI LLP**

/s/ A. J. Sharp                   /s/ Peter M. Angulo

A. J. Sharp                       Walter R. Cannon, Esq.
11700 West Charleston Boulevard   Peter M. Angulo, Esq.
Suite 234                         9950 West Cheyenne Avenue
Las Vegas, NV 89135               Las Vegas, NV 89129
*Attorney for Plaintiffs*         *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this 24th day of September, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court