BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
**BROCK K. OHLSON PLLC**
6060 Elton Avenue
Las Vegas, NV 89107
E-Mail: brock@injured.vegas
*Attorneys for Plaintiff*

A.J. SHARP, ESQ.
Nevada Bar No. 11457
**SHARP LAW CENTER**
11700W. Charleston Blvd., Ste. 234
Las Vegas, NV 89135
E-mail: ajsharp@sharplawcenter.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WENDY J. PAULUK, ET AL.,

　　　　Plaintiff(s),

vs.

CLARK COUNTY HEALTH DISTRICT, ET AL.,

　　　　Defendant(s).

Case #2:07-CV-1681-RFB-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Christopher D. Cazares_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Cazares Law, PLLC_____
(firm name)

with offices at _____PO Box 343_____,
(street address)

_____Sierra Vista_____, _____Arizona_____, _____85636_____,
(city)　　　　　　　　　　　(state)　　　　　　　　　(zip code)

_____(915)539-2287_____, _____chris@swtljustice.com_____.
(area code + telephone number)　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____WENDY PAULUCK_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since May 16, 2005 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Washington (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Hawaii | June 3, 2011 | 009494 |
| Texas | December 2, 2016 | 24102768 |
| Arizona | March 13, 2018 | 0334270 |
| Washington | May 16, 2005 | 36098 |
| Air Force Court of Appeals | June 2005 | |
| Court of Appeals for the Armed Forces | June 2005 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Nevada____ )
                         )
COUNTY OF ____Clark____ )

____Christopher D. Cazares____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__25th__ day of __September__, __2018__.

_____
Notary Public or Clerk of Court

SAMANTHA SNYDER
Notary Public, State of Nevada
Appointment No. 17-1460-1
My Appt. Expires Feb 7, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Brock K. Ohlson____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____6060 Elton Avenue, Suite A____,
(street address)

____Las Vegas____, ____Nevada____, ____89107____,
(city)           (state)           (zip code)

____(702)982-0055____, ____brock@injured.vegas____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Brock K. Ohlson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____*(signed)*_____
(party's signature)

WENDY JEAN PAULUK, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_____
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Brock K. Ohlson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____
Designated Resident Nevada Counsel's signature

_12262_____  _brock@injured.vegas_
Bar number          Email address

APPROVED:

DATED this 28th day of September, 2018.

_____[signature]_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

EXHIBIT 1

# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

**CHRISTOPHER DAVID CAZARES**
..................................................................
        Attorney at Law.

## CERTIFICATE OF STANDING

      I, Jean Kikumoto, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **CHRISTOPHER DAVID CAZARES** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on June 3, 2011. His current status is inactive-voluntary and he is presently in good standing.

      DATED:    Honolulu, Hawai'i, September 4, 2018.

..................................................................
        Clerk, Supreme Court of Hawai'i



EXHIBIT 2

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 31, 2018

Re: Christopher David Cazares, State Bar Number 24102768

To Whom It May Concern:

This is to certify that Christopher David Cazares was licensed to practice law in Texas on December 02, 2016, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*Acevedo*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web



# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Christopher David Cazares**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of December, 2016.

I further certify that the records of this office show that, as of this date

**Christopher David Cazares**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 31st day of August, 2018.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*

Clerk, Supreme Court of Texas

No. 8457C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

EXHIBIT 3

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **CHRISTOPHER DAVID CAZARES** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on March 13, 2018 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this September 10, 2018.

Amanda McQueen
Disciplinary Clerk



# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE
# STATE OF ARIZONA

*I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

## *CHRISTOPHER DAVID CAZARES*

*was on the 13th day of March, 2018 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

Given under my hand and the seal of said Court this 13th day of September, 2018.

JANET JOHNSON, Clerk

By _____
Brandon Powell
Deputy Clerk Specialist



EXHIBIT 4

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 36098 |
| OF | ) | CERTIFICATE |
| CHRISTOPHER D. CAZARES | ) | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**CHRISTOPHER D. CAZARES**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 16, 2005, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 5th day of September, 2018.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court