| | |
|---|---|
| BROCK K. OHLSON, ESQ. | CHRISTOPHER D. CAZARES, ESQ. |
| Nevada Bar No. 12262 | (Nevada *pro hac vice* application pending) |
| **BROCK K. OHLSON PLLC** | Arizona Bar No. 034270 |
| 6060 Elton Avenue | **CAZARES LAW, PLLC** |
| Las Vegas, NV 89107 | P.O. Box 343 |
| (702) 982-0055 Telephone | Sierra Vista, AZ 85636-0343 |
| (702) 982-0150 Fax | (915) 539-2287 Telephone |
| E-Mail: brock@injured.vegas | (915) 975-8075 Fax |
| | E-Mail: christopher@mtdjustice.com |
| A. J. SHARP, ESQ. | (Nevada local counsel) |
| Nevada Bar No. 11457 | BROCK K. OHLSON, ESQ. |
| **SHARP LAW CENTER** | Nevada Bar No. 12262 |
| 11700 West Charleston Boulevard | **BROCK K. OHLSON PLLC** |
| Suite 234 | 6060 Elton Avenue |
| Las Vegas, NV 89135 | Las Vegas, NV 89107 |
| (702) 250-9111 Telephone | |
| E-Mail: ajsharp@sharplawcenter.com | *Attorneys For Plaintiffs* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WENDY J. PAULUK, Psy.D., individually; WENDY PAULUK, Psy. D. as Personal Representative of the ESTATE OF DANIEL PAULUK; JAIME L. PAULUK; and CHRISSY J. PAULUK, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY HEALTH DISTRICT; GLENN SAVAGE, in both his individual and official capacities; EDWARD WOJCIK, in both his individual and official capacities; DOES I through X; DOES XI through XX; and ROE CORPORATIONS XXI through XXX, inclusive, <br><br> Defendants. | CASE NO.:  2:07-cv-1681-RFB-VCF <br><br> **STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** <br><br> **[SECOND REQUEST]** |

1

| | |
|---|---|
| 1 | COME NOW PLAINTIFFS WENDY J. PAULUK, individually and as Personal |
| 2 | Representative of the ESTATE OF DANIEL PAULUK; JAIME L. PAULUK; and CHRISSY J. |
| 3 | PAULUK, by and through their counsel of record, BROCK OHLSON, ESQ. of BROCK K. |
| 4 | OHLSON PLLC, CHRISTOPHER D. CAZARES, ESQ. of CAZARES LAW FIRM, and A. J. |
| 5 | SHARP, ESQ. of SHARP LAW CENTER, and Defendant CLARK COUNTY HEALTH |
| 6 | DISTRICT, by and through its counsel of record, Walter L. Cannon, Esq. and Peter M. Angulo, |
| 7 | Esq. of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI LLP, and stipulate, |
| 8 | subject to this Court's approval, to extend the time for filing of the parties' Joint Pretrial order |
| 9 | by 14 days, through **October 19, 2018**.  **This is the parties' second request for extension.** |
| 10 | This Court previously ordered that the parties file the Joint Pretrial Order on or before |
| 11 | October 5, 2018.  *Docket Filing #238*.  The parties have made significant progress on their |
| 12 | respective portions.  **However, the parties were prevented from meeting and conferring** |
| 13 | **regarding the final joint document when Plaintiffs' counsel CHRISTOPHER D.** |
| 14 | **CAZARES, ESQ. was unexpectedly hospitalized in Los Angeles and required to travel** |
| 15 | **back to Arizona to consult with his primary care physician and a cardiologist.**  *See* |
| 16 | **Declaration of Christopher D. Cazares, Esq.,** *infra*. |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | |

# DECLARATION OF CHRISTOPHER D. CAZARES, ESQ. IN SUPPORT OF STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER [SECOND REQUEST]

1. I am an attorney duly licensed to practice law in the State of Arizona, admitted to practice *pro hac vice* in this matter as counsel of record for Plaintiffs. *Docket Filing #240*.

2. This Declaration is made in support of the parties' Stipulation To Extend Time To File Joint Pretrial Order [Second Request].

3. The parties have communicated and cooperated in anticipation of filing the Joint Pretrial Order by October 5, 2018, the date set by this Court in its Order on the parties prior Stipulation. *Docket Filing #238.* As the parties were finalizing their respective portions of this document, Defense counsel and I had agreed to meet and confer.

4. On October 1-2, 2018, while in Los Angeles, California, I was hospitalized with severe chest pains. This episode prevented me from returning to Las Vegas, requiring me instead to travel back to Sierra Vista, Arizona, in order to see my primary care physician on October 4, 2018, to obtain a referral to a cardiologist. As a result of the both the hospitalization and the travel back to Arizona, Plaintiffs' counsel were unable to finalize Plaintiffs' portion of the JPTO or to meet and confer with Defense counsel on October 4, 2018.

5. Because of this event, Defense counsel and I were prevented from meeting and conferring as planned, and the parties are therefore unable to submit a Joint Pretrial Order on October 5, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Christopher D. Cazares*
**CHRISTOPHER D. CAZARES**

The parties aver that this extension is requested in good faith and not for purposes of delay, and respectfully request that this Court extend the Joint Pretrial Order deadline to **October 19, 2018**.

IT IS SO STIPULATED.

DATED the 5th day of October, 2018.   DATED the 5th day of October, 2018.

**SHARP LAW CENTER**   **OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI LLP**

/s/ A. J. Sharp   /s/ Walter R. Cannon

A. J. Sharp   Walter R. Cannon, Esq.
11700 West Charleston Boulevard   Peter M. Angulo, Esq.
Suite 234   9950 West Cheyenne Avenue
Las Vegas, NV 89135   Las Vegas, NV 89129
*Attorney for Plaintiffs*   *Attorneys for Defendant Clark County Health District*

**ORDER**

IT IS SO ORDERED.

Dated this 8th day of October, 2018.

RICHARD F. BOULWARE, II
United States District Court