WALTER R. CANNON, ESQ.
PETER M. ANGULO, ESQ.
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile
wcannon@ocgas.com
pangulo@ocgas.com
Attorneys for Defendant
Clark County Health District

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WENDY J. PAULUK, Psy.D. individually; WENDY PAULUK, Psy.D. as personal representative of the proposed ESTATE OF DANIEL PAULUK; JAIME L. PAULAK; and, CHRISSY J. PAULAK, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY HEALTH DISTRICT; GLENN SAVAGE, in both his individual and official capacity; EDWARD WOJCIK, in both his individual and official capacities; DOES I through X; DOES XI through XX; and ROE CORPORATIONS XXI through XXX, inclusive, <br><br> Defendants. | CASE NO. 2:07-CV-1681-RFB-VCF |

### STIPULATION AND ORDER TO EXTEND TIME TO FILE STATEMENT OF THE CASE, EXHIBIT LISTS, JURY INSTRUCTIONS, AND TRIAL BRIEFS

**(First Request)**

COME NOW Plaintiffs, WENDY J. PAULUK, individually and as Personal Representative of the ESTATE OF DANIEL PAULUK, JAIME L. PAULUK, and CHRISSY J. PAULUK, by and through their counsel of record, BROCK K. OHLSON, ESQ., of BROCK K. OHLSON PLLC, and Defendant, CLARK COUNTY HEALTH DISTRICT, by and through its

counsel of record, WALTER R. CANNON, ESQ., of the law firm of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, and hereby stipulate, subject to the Court's approval, to extend the time for filing of the parties' Statement of the Case, Exhibit Lists, Jury Instructions, and Trial Briefs for a period of five (5) days, from January 17, 2019 through January 22, 2019.

This extension is being requested by counsel for Defendant as trial and other commitments have not allowed counsel for the respective parties sufficient time to meet and prepare the documents required to be submitted by the Court's standing Order Regarding Trial by January 17, 2019. The parties believe that if the Court were to grant the extension requested, that all required documents will be filed on or before January 22, 2019.

This is the first extension requested by the parties and it is made in good faith and not merely for the purposes of delay.

Wherefore, the parties respectfully request that the date for the filing of the parties' Statement of the Case, Exhibit Lists, Jury Instructions, and Trial Briefs be extended for a period of five (5) days, through January 22, 2019.

DATED this 15th day of January, 2019.

BROCK K. OHLSON, PLLC

BY: /s/ Brock K. Ohlson
BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
6060 Elton Avenue
Las Vegas, Nevada 89107
Attorney for Plaintiffs

DATED this 15th day of January, 2019.

OLSON, CANNON, GORMLEY ANGULO & STOBERSKI

BY: /s/ Walter R. Cannon
WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
Clark County Health District

## ORDER

IT IS SO ORDERED.

Dated this 17th day of January, 2019.

RICHARD F. BOULWARE, II
United States District Court